366

COMMONWEALTH of Pennsylvania,
Appellant

v.

Taufeeq ZIYAD, Appellee.

Supreme Court of Pennsylvania.

Aug. 31, 2015.

Hugh J. Burns, Philadelphia, for Commonwealth of Pennsylvania.

Liam Joseph Riley, Karl Baker, Defender Association of Philadelphia, Philadelphia, for Taufeeq Ziyad.

### ORDER

PER CURIAM.

**AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED.** *See Commonwealth v. Hopkins,* —— Pa. ——, 117 A.3d 247 (2015).